UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,        )
                                 ) No. CR-07-003-LRS-1
                Plaintiff,       )
                                 ) ORDER GRANTING ORAL MOTION TO
v.                               ) MODIFY CONDITIONS OF RELEASE AND
                                 ) SETTING STATUS HEARING
CHRISTOPHER FAYDO,               )
                                 )
                Defendant.       )
                                 )
                                 )
                                 )
                                 )
                                 )
_____)

     At the April 16, 2007, status hearing, Assistant U.S. Attorney
Timothy Durkin appeared for the United States.    Defendant was
present with counsel John Nollette.

     The court finds Defendant is in compliance with conditions of
release.

     **IT IS ORDERED** a status hearing is set for  **May 18, 2007, at
10:30 a.m.**, before the undersigned.

     **IT IS FURTHER ORDERED:**

     1.    Defendant's oral Motion to modify conditions of release
**(Ct. Rec. 68)** is **GRANTED.**

     2.    Defendant no longer shall be subject to home detention.
However, Defendant shall have a curfew of 9:00 p.m. to 7:00 a.m.

ORDER GRANTING ORAL MOTION TO MODIFY CONDITIONS
OF RELEASE AND SETTING STATUS HEARING – 1

3.   Defendant may seek lawful employment.

4.   Defendant may obtain his driver's license.

5.   All other conditions previously set shall remain.

DATED April 17, 2007.


                    S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING ORAL MOTION TO MODIFY CONDITIONS
OF RELEASE AND SETTING STATUS HEARING - 2