UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-07-003-LRS-1 |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION AND |
| v. ) | SETTING STATUS HEARING |
| ) | |
| CHRISTOPHER FAYDO, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

At the May 18, 2007, status hearing, Assistant U.S. Attorney Timothy Durkin appeared for the United States. Defendant was present with counsel John Nollette.

As Defendant has been fully complaint with conditions of release, his oral Motion to modify by releasing Defendant from the curfew requirement **(Ct. Rec. 78)** is **GRANTED**. Defendant no longer shall be under curfew. All other conditions of release remain in place.

A status conference is set for **June 25, 2007, at 10:30 a.m.**, before the undersigned.

**IT IS SO ORDERED.**

DATED May 18, 2007.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION AND SETTING STATUS HEARING - 1